An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

ROBERT BURKE,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 63713

FILED

SEP 19 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK



## *ORDER DISMISSING APPEAL*

This is an appeal from a judgment of conviction, pursuant to guilty plea of securities fraud and conspiracy to commit a crime. Eighth Judicial District Court, Clark County; Valorie J. Vega, Judge.

Appellant's counsel has filed an affidavit in support of a motion to voluntarily dismiss this appeal. Counsel represents that appellant's case was renegotiated and his "prior sentence and adjudication were vacated." Counsel requests this court to dismiss this appeal. We treat the affidavit as a motion to voluntarily dismiss this appeal, and based on counsel's representations, we grant the motion. Accordingly, we

ORDER this appeal DISMISSED.[1]

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

---

[1]Because no remittitur will issue in this matter, *see* NRAP 42(b), the one-year period for filing a post-conviction habeas corpus petition under NRS 34.726(1) shall commence to run from the date of this order.

SUPREME COURT
OF
NEVADA

(O) 1947A

13-27859

cc: Hon. Valorie J. Vega, District Judge
Julie Raye Law, LLC
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk
Robert Burke